## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 10-22637 |
| **ERIE PLAYCE LLC,** ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | Honorable Judge Pamela S. Hollis |

### NOTICE OF FILING OF PROPOSED FINAL ORDER AUTHORIZING
### USE OF CASH COLLATERAL

    **PLEASE TAKE NOTICE** that on June 21, 2010, we caused to be filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, the **Proposed Final Order Authorizing Use of Cash Collateral**.

    Respectfully submitted,

**ERIE PLAYCE LLC**


By:  /s/ *Timothy S. McFadden*
    One of Its Attorneys

Paula K. Jacobi (ARDC No. 1311247)
Timothy S. McFadden (ARDC No. 6275486)
**Barnes & Thornburg LLP**
Suite 4400
Chicago, Illinois  60601
(T)  (312) 214-8307
(F)  (312) 759-5646
pjacobi@btlaw.com

## CERTIFICATE OF SERVICE

**I, Timothy S. McFadden, certify, pursuant to penalties of perjury, that I caused the Proposed Final Order Authorizing Use of Cash Collateral to be served upon the parties below who have appeared via the Court's ECF system on this 21st day of June 2010.**

/s/ *Timothy S. McFadden*

**Counsel to Amcore Bank**
Fred R. Harbecke
29 South LaSalle Street
Suite 945
Chicago, IL 60603

William T. Neary
Office of the U.S. Trustee for the
Northern District of Illinois
219 S. Dearborn, Suite 870
Chicago, IL 60604

CHDS01 606059v1

2