UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 10-22637 |
| ERIE PLAYCE LLC, ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | Honorable Judge Pamela S. Hollis |

## NOTICE OF FILING OF PROPOSED FINAL ORDER AUTHORIZING USE OF CASH COLLATERAL

**PLEASE TAKE NOTICE** that on July 7, 2010, we caused to be filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, the **Revised Proposed Order Authorizing Additional Use of Cash Collateral**.

Respectfully submitted,

**ERIE PLAYCE LLC**

By: _/s/ Timothy S. McFadden_
One of Its Attorneys

Paula K. Jacobi (ARDC No. 1311247)
Timothy S. McFadden (ARDC No. 6275486)
**Barnes & Thornburg LLP**
Suite 4400
Chicago, Illinois 60601
(T) (312) 214-8307
(F) (312) 759-5646
pjacobi@btlaw.com

## CERTIFICATE OF SERVICE

    I, Timothy S. McFadden, certify, pursuant to penalties of perjury, that I caused the **Notice of Filing of Revised Proposed Order Authorizing Additional Use of Cash Collateral** to be served via the Court's ECF and via e-mail on this 7th day of July, 2010 on the following persons:

**Receiver for Debtor**

John T. Suzuki
Principal
Collateral Trustee
1033 West Van Buren, Seventh Floor
Chicago, Illinois 60607
(312) 944-3759 (Fax)
suzuki@collateraltrustee.com

Kathryn Gleason/William T. Neary
Office of the U.S. Trustee
for the Northern District of Illinois
219 S. Dearborn, Suite 873
Chicago, Illinois  60604
kathryn.m.gleason@usdoj.gov

**Counsel to Amcore Bank N.A. n/k/a/ Harris N.A.**

Fred R Harbecke
29 South LaSalle Street
Suite 945
Chicago, IL 60603
(312) 443-9541 (Fax)
fredrharbecke@sbcglobal.net

**Counsel to First Midwest Bank**

Scott Kenig
Randall & Kenig LLP
455 North City Front Plaza Drive
Chicago, IL 60611
(312) 822-0215 (Fax)
skenig@randall-law.com

**Counsel to Amcore Bank N.A. n/k/a/ Harris N.A.**

James G. Froberg
Lowis & Gellen LLP
200 West Adams St. Suite 1900
Chicago, IL 60606
(312) 364-0366 (Fax)
jfroberg@lowis-gellen.com

                                        /s/ *Timothy S. McFadden*

CHDS01 606059v1