# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 10-22637 |
| ERIE PLAYCE LLC, an Illinois limited liability ) | |
| company, ) | Chapter 11 |
| ) | |
| Debtor. ) | Honorable Judge Pamela S. Hollis |

### ORDER GRANTING DEBTOR'S MOTION FOR AUTHORITY TO PAY POST-PETITION RETAINER AS AMENDED BY DEBTOR'S AMENDMENT TO MOTION FOR AUTHORITY TO PAY POST-PETITION RETAINER TO OBTAIN AUTHORITY TO OBTAIN UNSECURED LOAN

THIS MATTER COMING TO BE HEARD on **(i) Motion for Authority to Pay Post-Petition Retainer and (ii) Debtor's Amendment to Motion for Authority to Pay Post-Petition Retainer To Obtain Authority to Obtain Unsecured Loan**, (collectively "Retention Motion")[1], due and proper notice having been provided, and the Court being fully advised;

**IT IS HEREBY ORDERED THAT:**

1. The Retention Motion as amended on October 25, 2010 is granted.

2. The Debtor is authorized to incur an unsecured loan, pursuant to 11 U.S.C. §364(b) in the amount of $20,000 ("Loan") for the purpose of providing a post petition retainer to be held by Barnes & Thornburg LLP ("BT"), as the Debtor's bankruptcy counsel.

3. The Debtor is authorized to execute the promissory note attached to the Motion as Exhibit A ("Promissory Note").

4. Upon receipt of monies from the Debtor, BT will be authorized to hold the sum of $20,000.00 in trust as a retainer in the Bankruptcy Case and for no other purpose. BT will only

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

be entitled to apply such trust funds toward fees and expenses after the entry of an order in this case authorizing the payment of fees and expenses.

    5.    Debtor shall send the attached Notice of Initial Allowance of Motion and Date For Filing Objections to the twenty (20) largest unsecured creditors.

    6.    This Order shall be final on November 13, 2010.

Dated: October 28, 2010        ENTER:

2 8 OCT 2010

_____
Bankruptcy Judge

CHDS01 625170v1

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 10-22637 |
| ERIE PLAYCE LLC, ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | Honorable Judge Pamela S. Hollis |

## NOTICE OF INITIAL ALLOWANCE OF MOTION
## AND DATE FOR FILING OBJECTIONS

PLEASE TAKE NOTICE that the relief requested in the (i) Motion for Authority to Pay Post-Petition Retainer and (ii) Debtor's Amendment to Motion for Authority to Pay Post-Petition Retainer To Obtain Authority to Obtain Unsecured Loan (collectively "Motion") served upon you by U.S. Mail on October 25, 2010, was granted on October 25, 2010.

The Order granting the relief will become final on November 13, 2010 unless prior to the November 13, 2010 you file with the Court and serve upon counsel for Debtor an objection to the Motion.

ERIE PLAYCE LLC

By: /s/ Timothy S. McFadden
One of Its Attorneys

Paula K. Jacobi (ARDC No. 1311247)
Timothy S. McFadden (ARDC No. 6275486)
**Barnes & Thornburg LLP**
Suite 4400
Chicago, Illinois 60606
(T) (312) 214-8307
(F) (312) 759-5646
pjacobi@btlaw.com